**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

| | | |
|---|---|---|
| In re: | :  MDL Docket No. 4:03CV01507-WRW | |
| | :                      3:05CV00078-WRW | |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | |
| | : | |
| | : | |
| **MARGARET WILSON, ET AL.** | : | **PLAINTIFFS** |
| | : | |
| v. | : | |
| | : | |
| **WYETH, INC.** | : | **DEFENDANT** |

**ORDER**

The parties submitted their witness designations, counter-designations, and objections for review. Below are the rulings on the parties' objections to those deposition designations:

**Michael Dey -- October 19, 2009**

Defendant's objection to page 32, line 23 through page 33, line 6 is OVERRULED.

Defendant's objection to page 33, lines 7 through 24 is SUSTAINED.

**Harold Marder -- January 17, 2006**

Defendant's objection to page 71, line 9 through page 71, line 21 is SUSTAINED

Defendant's objection to page 72, lines 12 through 20 is OVERRULED.

Plaintiffs' objection to page 190, line 11 through page 191, line 13 is OVERRULED.

**Merrick Ross -- September 13, 2010**

Plaintiffs' objection to page 64, line 22 though page 66, line 20 is OVERRULED.

Plaintiffs' objection to page 66, line 21 through page 67, line 21 is SUSTAINED.

Plaintiffs' objection to page 67, line 22 through page 69, line 3 is OVERRULED.

Plaintiffs' objection to page 69, lines 4 through 22 is SUSTAINED.

1

Plaintiffs' objection to page 69, line 23 though page 71, line 19 is OVERRULED.

Plaintiffs' objection to page 71, line 20 through page 72, line 16 is SUSTAINED.

Plaintiffs' objection to page 72, line 17 through page 73, line 5 is OVERRULED.

Plaintiffs' objection to page 74, line 7 through page 77, line 16 is OVERRULED.

Plaintiffs' objection to page 77, line 17 through page 78, line 17 is SUSTAINED.

Plaintiffs' objection to page 78, line 18 through page 79, line 16 is OVERRULED.

Plaintiffs' objection to page 91, line 17 through page 92, line 2 is SUSTAINED.

### Gerald Fisher -- November 24, 2004

Plaintiffs' objection to page 346, line 4 through page 347, line 16 is OVERRULED.

### Pam Cobb -- June 23, 2006

Defendant's objection to page 380, lines 8 through 12 is OVERRULED.

Defendant's objection to page 384, lines 6 through 11 is OVERRULED.

Plaintiffs' objection to page 378, line 10 through page 380, line 3 is SUSTAINED.

Plaintiffs' objection to page 383, line 12 through page 384, line 5 is OVERRULED.

Plaintiffs' objection to page 499, line 3 through page 500, line 12 is OVERRULED.

Plaintiffs' objection to page 509, line 24 through page 510, line 10 is OVERRULED.

### Graham Colditz -- December 18, 2006

Defendant's objection to page 54, lines 7 through 24 is OVERRULED.

Defendant's objection to page 56, line 14 through page 57, line 12 is OVERRULED.

Defendant's objection to page 58, line 9 through page 61, line 4 is OVERRULED.

Defendant's objection to page 84, line 10 through page 86, line 3 is SUSTAINED.

Defendant's objection to page 91, lines 9 through 20 is SUSTAINED.

Defendant's objection to page 92, line 11 through page 93, line 1 is SUSTAINED.

Defendant's objection to page 93, lines 2 through 7 is OVERRULED.

Defendant's objection to page 93, line 10 through page 94, line 4 is OVERRULED.

Defendant's objection to page 93, line 13 through page 95, line 20 is OVERRULED.

### Graham Colditz -- December 18, 2006

Defendant's objection to page 154, line 20 through page 155, line 6 is OVERRULED.

Defendant's objection to page 157, line 21 through 158, line 7 is OVERRULED.

Defendant's objection to page 158, lines 9 through 22 is SUSTAINED.

Plaintiffs' objection to page 182, line 20 through line 24 is OVERRULED.

### Graham Colditz -- December 29, 2006

Defendant's objection to page 807, line 9 through page 808, line 2 is OVERRULED.

Defendant's objection to page 809, line 1 through page 810, line 11 is OVERRULED.

Defendant's objection to page 811, line 22 through page 812, line 12 is OVERRULED.

Plaintiffs' objection to page 904, line 21 through page 906, line 19 is OVERRULED.

Plaintiffs' objection to page 343, line 13 through page 344, line 1 is OVERRULED.

### Graham Colditz -- December 30, 2006

Defendant's objection to page 1007, line 7 through page 1009, line 2 is SUSTAINED.

### Daniel Booser -- September 7, 2010

Defendant's overall objection to witness is OVERRULED.

Defendant's objection to page 26, lines 7 through 12 is OVERRULED.

Defendant's objection to page 27, line 24 through page 28, line 11 is OVERRULED.

Plaintiffs' objection to page 28, line 22 through page 30, line 2 is OVERRULED.

Plaintiffs' objection to page 39, lines 10 through 16 is OVERRULED.

Plaintiffs' objection to page 41, line 15 through page 44, line 14 is OVERRULED.

Plaintiffs' objection to page 43, line 19, through page 44, line 14 is OVERRULED.

Plaintiffs' objection to page 44, line 22 through page 45, line 2 is OVERRULED.

Plaintiffs' objection to page 46, line 4 through page 47, line 20 is OVERRULED.

Defendant's objection to page 58, line 24 through page 60, line 6 is SUSTAINED.

Defendant's objection to page 61, lines 8 through 12 is OVERRULED.

### Dan Himmelberg -- September 22, 2010

Defendant's overall objection to witness is OVERRULED.

Defendant's objection to page 28, lines 5 though 25 is OVERRULED.

Defendant's objection to page 30, line 20 through page 31, line 3 is OVERRULED.

### Dan Himmelberg -- October 7, 2010

Defendant's objection to page 94, lines 7 though 11 is SUSTAINED.

Defendant's objection to page 95, lines 5 through 14 is OVERRULED.

Defendant's objection to page 98, line 5 through page 99, line 11 is SUSTAINED.

Defendant's objection to page 99, line 24 though page 100, line 6 is SUSTAINED.

Defendant's objection to page 100, line 10 through page 101, line 2 is OVERRULED.

Defendant's objection to page 101, lines 7 through 13 is OVERRULED.

IT IS SO ORDERED this 22nd day of October, 2010.

/s/ Wm. R. Wilson, Jr._____
 UNITED STATES DISTRICT JUDGE